United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 31, 2004**

Charles R. Fulbruge III
Clerk

I n the

# United States Court of Appeals
## for the Fifth Circuit

m 03-41613

SYLVESTER MCCLAIN,
ON HIS OWN BEHALF AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS;
BUFORD THOMAS,
ON HIS OWN BEHALF AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS;
PATRICK ROSS,
ON HIS OWN BEHALF AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS;
MARY THOMAS,
ON HER OWN BEHALF AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS;
EDDIE K. MASK,
ON HIS OWN BEHALF AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS;
LEROY GARNER,
ON HIS OWN BEHALF AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS;
SHERRY CALLOWAY SWINT,
ON HER OWN BEHALF AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS;
JOHN DOE,
ON HIS OWN BEHALF AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS;
FLORINE THOMPSON,
ON HER OWN BEHALF AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS;
JOHN DOE, III,
ALSO KNOWN AS "C,"
ON HIS OWN BEHALF AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS;
CLIFFORD R. DUIRDEN,
ON HIS OWN BEHALF AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS;
EARL POTTS,
ON HIS OWN BEHALF AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS;
RONALD MARK,
ON HIS OWN BEHALF AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS;
PLAINTIFF CLASS,

Plaintiffs-Appellees,

VERSUS

LUFKIN INDUSTRIES, INC.,

Defendant-Appellee,

VERSUS

GLASS, MOLDERS, POTTERY, PLASTICS & ALLIED WORKERS
INTERNATIONAL UNION, LOCAL NO. 429, AFL-CIO/CLC;
INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS,
LOCAL LODGE NO. 1999, AFL-CIO/CLC;
INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS,
BLACKSMITHS, FORGERS & HELPERS, LOCAL NO. 587, AFL-CIO/CLC,

Movants-Appellants.

_____

Appeal from the United States District Court
for the Eastern District of Texas
m 9:97-CV-63

_____

Before KING, Chief Judge, SMITH and
EMILIO M. GARZA, Circuit Judges.

PER CURIAM.[*]

The union appeals the denial of its motion
to intervene. We have reviewed the briefs and
pertinent portions of the record and have heard
the oral arguments of counsel. Finding no

reversible error, we AFFIRM, essentially for
the reasons given by the district court.

[*] Pursuant to 5TH CIR. R. 47.5, the court has de-
termined that this opinion should not be published and
is not precedent except under the limited circum-
stances set forth in 5TH CIR. R. 47.5.4.